AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio ▾

| | |
|---|---|
| Landstar Ranger, Inc. <br><br><br><br> _Plaintiff(s)_ <br> v. <br> The City of Delaware, Ohio <br><br><br> _Defendant(s)_ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No.  2:22-cv-02008 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   R. Thomas Homan, City Manager
C/O The City of Delaware, Ohio
1 South Sandusky Street
Delaware, OH 43015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc S. Blubaugh and Nicholas P. Lacey
Benesch, Friedlander, Coplan & Aronoff, LLP
41 South High Street, Suite 2600
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:        04/21/2022

_____
Signature of Clerk or Deputy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-02008

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* R. Thomas Homan, City Manager c/o
was received by me on *(date)*  4|25|2022  .  The City of Belaware, OH

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kim Gepper _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* The City Of

Delaware, Ohio _____ on *(date)* 4|26|2022 at ; or
10:10AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4|26|2022 _____

Erika Cremeans
*Server's signature*

Erika M. Cremeans-Process Server
*Printed name and title*

**2862 Johnstown Rd.
Columbus, OH 43219**
*Server's address*

Additional information regarding attempted service, etc: